THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD RANDLE, Defendant-Appellant.

(No. 60720; ▮▮▮▮▮▮▮▮▮▮

First District (1st Division)—February 18, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (John Thomas Moran, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Dennis J. O'Hara, and Francis T. Norek, Assistant State's Attorneys, of counsel), for the People.